CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT 30 2009
JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RODNEY E. STEWART,<br>    Plaintiff, | Civil Action No. 7:08-cv-00621 |
| v. | **ORDER** |
| WALTER DOUGLAS TUCK, JR.,<br>    Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that defendant's motion to dismiss (docket #28) is **GRANTED**; plaintiff's traffic stop claim is **DISMISSED** and plaintiff's claims about an arrest without probable cause and his subsequent prosecution are **DISMISSED without prejudice**, pursuant to Heck v. Humphrey, 512 U.S. 477 (1994); and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendant.

ENTER: This 30th day of October, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge